■ In the Matter of THOMAS HENRY, on Behalf of Himself and All Other Tenants Similarly Situated in 240 East 82nd Street, Borough of Manhattan, City of New York, Appellants, against TEMPORARY STATE HOUSING RENT COMMISSION, Respondent, and MARX J. CARSEN, Intervenor-Respondent.— The intervenor-respondent has obtained final orders in the Municipal Court and the execution of the warrants under said final orders with respect to the tenants herein has been stayed by stipulation of the parties until November 1, 1959. The application for a stay pending appeal from the order of the New York County Supreme Court, entered August 27, 1959, dismissing the petition is denied, without prejudice, however, to a further application by the tenants to the Municipal Court for a stay of the warrants. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

7 JOSEPH CURRAN, as President of National Maritime Union of America, AFL–CIO, et al., Appellants, v. CURTIS PUBLISHING COMPANY, Respondent, et al., Defendant.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ I. FEIGENBAUM, INC., Appellant, v. PAN AMERICAN WORLD AIRWAYS, INC., Respondent.— Judgment appealed from unanimously modified on the law and on the facts, without costs, to the extent of including therein a recital that the dismissal of the complaint at the close of plaintiff's case was without prejudice, so as to conform to the extract of the clerk's minutes. The dismissal was without prejudice to the institution of a new action to the extent permitted pursuant to the provisions of section 482 of the Civil Practice Act. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DAVID BELL.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the information shall be substituted in place of the original information, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Miss Florence M. Kelley of 100 Centre Street, New York, N. Y., is assigned as counsel for the appellant for the purposes of the appeal. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALFONSE INDELICATO, Alias SONNY RED.— Motion to dismiss appeal granted unless the appellant procures the appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. If the appellant fails to comply with the condition imposed, the District Attorney may enter an order dismissing the appeal without notice to the appellant. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE WATERS.— Motion denied without prejudice, however, to a renewal thereof upon proper papers. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.